Circuit Court for Cecil County
#07-K-00-000309
Argued April 7,2014

IN THE COURT OF APPEALS OF MARYLAND


No. 80


September Term, 2013


DANNY C. HOSKINS


v.


STATE OF MARYLAND


Barbera, C.J.,
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.


PER CURIAM ORDER


Filed: April 8, 2014

DANNY C. HOSKINS                       \*      IN THE

                                         \*      COURT OF APPEALS

               v.                  \*      OF MARYLAND

                                         \*      No. 80

STATE OF MARYLAND               \*      September Term, 2013

## PER CURIAM ORDER

This case having been argued before the Court in the April Session of Court and upon consideration of the pleadings, papers, briefs, and record extract, it is this 8th day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that the motion to dismiss filed by the State be, and it is hereby, granted, it being determined by the Court that the relief sought by Petitioner/Appellant is not within the ambit of Section 8-201 of the Criminal Procedure Article, and it is further

ORDERED, that this case is remanded to the Court of Special Appeals to consider the application for leave to appeal previously filed in that Court.

                                                     <u>/s/ Mary Ellen Barbera</u>
                                                        Chief Judge